UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEVIN THOMPSON,

                Plaintiff,

      v.

DEKALB COUNTY, GEORGIA, *et al.*,

                Defendants.

Civil Action No.
1:15-cv-00280-TWT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiff Kevin Thompson

and all Defendants hereby stipulate to the dismissal of this action with prejudice.

Each party will pay its own attorneys' fees, costs and expenses in connection with

this action.

Stipulated this 3rd day of April, 2015.

/s/ *Robert B. Remar*
Robert B. Remar
Ga. Bar No. 600575
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street N.E.
Atlanta, Georgia 30303
Tel. (404) 522-4700

RRemar@rh-law.com
*Cooperating Attorney for the American Civil
Liberties Union Foundation of Georgia*

*/s/ Nusrat Choudhury*
Nusrat Choudhury
(admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Tel. (212) 519-7876
nchoudhury@aclu.org

*/s/ Sarah Geraghty*
Sarah Geraghty
Georgia Bar No. 291393
SOUTHERN CENTER FOR
HUMAN RIGHTS
83 Poplar Street N.W.
Atlanta, Georgia 30303
Tel. (404) 688-1202
sgeraghty@schr.org

*Counsel for Plaintiffs*

*/s/ Kendric Smith*
Kendric Smith
Georgia Bar No. 661200
Senior Assistant County Attorney
DEKALB COUNTY LAW DEPARTMENT
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
ovbrantley@dekalbcountyga.gov

*Counsel for Defendants DeKalb County,
Georgia and Nelly Withers*

*/s/Craig K. Pendergrast*
Craig K. Pendergrast
Georgia Bar No. 571155
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, S.E.
Suite 400
Atlanta, GA 30318
678-336-7245
cpendergrast@taylorenglish.com

*Counsel for Judicial Correction Services,
Inc.*